IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff/Respondent,

v.                                                                               Civ. No. 06-1213 WJ/RLP
                                                                                 Cr. No. 06-1388 WJ

ALVARO CHAVEZ-MARTINEZ,

      Defendant/Movant.

## ORDER

THIS MATTER comes before the Court on the Magistrate Judge's Report and Recommendation, neither party having filed objections thereto, the Court finds that the Magistrate Judge's Report and Recommendation shall be adopted by the Court.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation [Doc. 4] is hereby adopted by the Court and this case is dismissed with prejudice; and

IT IS FURTHER ORDERED that Respondent's Response was incorrectly docketed as a Motion to Dismiss [Doc. 3], and that Motion is therefore denied as moot.

IT IS SO ORDERED.

_____
William P. Johnson
United States District Judge